[Civ. No. 19637. First Dist., Div. One. July 6, 1961.]

BROWNING WARREN, Appellant, v. THE REAL ESTATE COMMISSIONER OF THE STATE OF CALIFORNIA, Respondent.

Avakian & Johnston for Appellant.

Stanley Mosk, Attorney General, Carl W. Wynkoop and Gerald F. Carreras, Deputy Attorneys General, for Respondent.

BRAY, P. J.—The attention of the court has been directed to the death of Browning Warren, petitioner and appellant, pending the appeal herein. ██ Death of a licensee terminates disciplinary proceedings against him. (*Orchard* v. *Pancoast,* 133 Cal.App.2d 52, 55 [283 P.2d 309].) Thus this appeal is moot.

The appeal is dismissed.

Tobriner, J., and Duniway, J., concurred.